*Law Offices*
**DEVON M. RADLIN**

*160 Broadway, 4th Floor*
*New York, New York 10038*

OFFICE: (212) 406-9200
FAX: (212) 937-2945
DEVON@LAWDMR.COM

[Handwritten endorsement: "Counsel should consult Local Civil Rule 1.4 and proceed as he deems appropriate. SO ORDERED. S/ PKC USDJ 11-27-19"]

November 27, 2019

ECF
**Honorable Judge P. Kevin Castle**
United States Judge
Southern District of New York
500 Pearl Street
New York, New York

Re:   *Isreal Velez v. City of New York, et al*
      19-CV-1160 (PKC)

Dear Judge Castle:

This office represents the Plaintiff in the above matter.

This letter is to advise the Court of the following:

Parties have been engaged in settlement discussions.

On November 27, 2019, during a telephone conversation with my client, Plaintiff advised that he no longer wishes for me to represent him in this matter and that he wants to retain new counsel. I have advised Plaintiff to provide same in writing.

Due to the closure of discovery being December 20, 2019, this letter is to request how the Court wishes for the parties wish to proceed due to the Plaintiffs' apparent desire to retain new counsel in this action.

Thank you in advance.

Very truly yours,

DEVON M. RADLIN